**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| LOGAN GREEN, | ) | |
| | ) | Case No. 20-CV-0965-SPM |
| Plaintiff, | ) | |
| | ) | Honorable Stephen P. McGlynn |
| v. | ) | |
| | ) | |
| STEPHANIE WAGGONER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS

NOW COME the Defendants, STEPHANIE WAGGONER and SHAWN DUFFY, by and through their attorney, KWAME RAOUL, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss Plaintiff's claims, stating as follows:

1. Plaintiff, Logan Green, was an inmate incarcerated within the Illinois Department of Corrections at Vandalia Correctional Center ("Vandalia").

2. On December 13, 2019, Plaintiff filed his Complaint pursuant to 42 U.S.C. § 1983 in the United States District Court for the Northern District of Illinois. [d/e 1]. On September 22, 2020, the case was transferred to the Southern District of Illinois. [d/e 35].

3. Plaintiff alleges Defendants Waggoner and Duffy violated Plaintiff's Due Process rights under the Fourteenth Amendment to the U.S. Constitution; falsely imprisoned Plaintiff; and/or subjected Plaintiff to cruel and unusual punishment in violation of the Eight Amendment to the U.S. Constitution. [d/e 1].

4. Plaintiff's claims should be dismissed for failure to state a claim upon which relief may be granted because his claims have not yet accrued due to Plaintiff not having obtained a favorable termination.

5.  A memorandum of law in support of this motion is attached hereto and incorporated herein.

WHEREFORE, for the above and forgoing reasons and for the reasons stated in Defendants' memorandum of law in support of this motion, Defendants respectfully request that this Honorable Court grant their Motion to Dismiss.

Respectfully submitted,

STEPHANIE WAGGONER and SHAWN DUFFY,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

By:  s/Kyrstin B. Beasley
Kyrstin B. Beasley #6323618
Assistant Attorney General
Metro East Office
201 West Pointe Drive, Suite 7
Belleville, Illinois  62226
(618) 236-8788 Phone
(618) 236-8620 Fax
E-mail: KBeasley@atg.state.il.us
gls@atg.state.il.us

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION**

| | |
|---|---|
| LOGAN GREEN, ) | |
| ) | Case No. 20-CV-0965-SPM |
| Plaintiff, ) | |
| ) | Honorable Stephen P. McGlynn |
| v. ) | |
| ) | |
| STEPHANIE WAGGONER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 4, 2020, the foregoing document, ***Defendants' Motion to Dismiss***, was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Christopher W. Carmichael    ccarmichael@henderson-parks.com
    Devlin J. Schoop    dschoop@henderson-parks.com

and I hereby certify that on the same date, I caused a copy of the document to be mailed by electronic mail to the following non-registered participant:

    NONE

    By:    s/Kyrstin B. Beasley
            Kyrstin B. Beasley #6323618
            Assistant Attorney General
            Metro East Office
            201 West Pointe Drive, Suite 7
            Belleville, Illinois  62226
            (618) 236-8781 Phone
            (618) 236-8620 Fax
            E-mail: KBeasley@atg.state.il.us
                    gls@atg.state.il.us