## CERTIFICATE OF SERVICE

I, Devlin J. Schoop, an attorney, hereby certify that on December 3, 2020 I electronically served, **PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** via electronic mail to the following counsel of record:

>Kyrstin B. Beasley
>Assistant Attorney General
>Office of the Illinois Attorney General
>Metro East Office
>201 West Pointe Drive, Suite 7
>Belleville, Illinois 62226
>(618) 236-8781 Phone
>(618) 236-8620 Fax
>kbeasley@atg.state.il.us
>gls@atg.state.il.us

/s/ Devlin Joseph Schoop

11