IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| LOGAN GREEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-CV-0965-SPM |
| | ) | |
| STEPHANIE WAGGONER and SHAWN DUFFY | ) ) | Judge Stephen P. McGlynn |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY BRIEF OR, ALTERNATIVELY, FILE A SUR-REPLY *INSTANTER***

NOW COMES the Plaintiff, Logan Green, by and through his attorneys, The Cochran Firm Chicago, pursuant to Federal Rule of Civil Procedure 12, moves to strike the Defendants' Reply Brief in Support of Defendants' Motion to Dismiss, stating the following in support:

1. On December 17, 2020, the Defendants filed a reply brief in support of Defendants' Motion to Dismiss.

2. Under Local Rule 7.1(c), reply briefs cannot be filed absent "exceptional circumstances".

3. Defendants have articulated no exceptional circumstances to warrant the filing of a reply brief. Moreover, Defendants' reply brief raises new arguments not previously raised in Defendants' underlying motion and were, therefore, waived.

4.      For the reasons set forth in the accompanying memorandum of law, Plaintiff requests the Defendants' reply brief be stricken or, alternatively, that the Plaintiff be granted the relief set forth in the attached memorandum of law.

WHEREFORE, Plaintiff respectfully requests the Court to strike Defendants' reply brief or, alternatively, grant Plaintiff leave to file a sur-reply *instanter*.

Respectfully submitted,

**PLAINTIFF LOGAN GREEN**

/s/ Devlin Joseph Schoop
One of his Attorneys

Devlin Joseph Schoop
**THE COCHRAN FIRM CHICAGO**
140 South Dearborn, Suite 1020
Chicago, IL 60603
Phone: (312) 262-2880
Facsimile: (312) 262-2881
dschoop@cochranfirm.com

## CERTIFICATE OF SERVICE

I, Devlin J. Schoop, an attorney, hereby certify that on December 31, 2020 I electronically served, PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' REPLY BRIEF OR, ALTERNATIVELY, FILE A SUR-REPLY *INSTANTER* via electronic mail to the following counsel of record:

>Kyrstin B. Beasley
>Assistant Attorney General
>Office of the Illinois Attorney General
>Metro East Office
>201 West Pointe Drive, Suite 7
>Belleville, Illinois 62226
>(618) 236-8781 Phone
>(618) 236-8620 Fax
>kbeasley@atg.state.il.us
>gls@atg.state.il.us

/s/ Devlin Joseph Schoop